IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERTA MARTINEZ,

    Plaintiff,

vs.                                                                       No. 1:14-cv-00761 WPL-SMV

BOARD OF COUNTY COMMISSIONERS
FOR RIO ARRIBA COUNTY,

    Defendant.

## **NOTICE OF FILING STATE COURT RECORD**

    Defendant, hereby gives notice of compliance with Rule 81.1(a) of the Local Rules of the United States District Court for the District of New Mexico by filing certified copies of the pleadings filed in the First Judicial District for the State of New Mexico, County of Rio Arriba, Cause No. D-117-CV-2013-00050, filed by Roberta Martinez, Plaintiff.

                              Respectfully submitted,

                              YENSON, ALLEN & WOSICK, P.C.

                              **/s/ Robert W. Becker**
                              Robert W. Becker
                              *Attorney for Defendant Rio Arriba*
                              *County Board of County Commissioners*
                              4908 Alameda Blvd NE
                              Albuquerque, NM   87113-1736
                              (505) 266-3995
                              rbecker@ylawfirm.com

**I HEREBY CERTIFY** that on the 8th day of September, 2014, I filed the foregoing electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Antonio J. Salazar
*Attorney for Plaintiff*
P.O. Box 171
Alcalde, NM   87511-0171
(505) 459-8571
ajsalazarlaw@gmail.com

*/s/ Robert W. Becker*