**Robert Becker**

| | |
|---|---|
| From: | Robert Becker |
| Sent: | Wednesday, August 20, 2014 5:54 PM |
| To: | 'Antonio J. Salazar' |
| Cc: | 'Thomas Campos (TCampos@rio-arriba.org)'; egmercure@rio-arriba.org; 'Boland, Phillip A.' |
| Subject: | Roberta Martinez v. Rio Arriba County |
| | |
| Importance: | High |

Please confirm or deny that you are pursuing a claim based on the Americans With Disabilities Act (ADA).

**EXHIBIT**

5