FILED IN MY OFFICE
DISTRICT COURT CLERK
8/22/2014 11:20:19 AM
STEPHEN T. PACHECO
Jessica Garcia

FIRST JUDICIAL DISTRICT COURT
STATE OF NEW MEXICO
COUNTY OF RIO ARRIBA

ROBERTA MARTINEZ,

      Plaintiff,

vs.                                      No. D-117-CV-2013-00050

BOARD OF COUNTY COMMISSIONERS
FOR RIO ARRIBA COUNTY,

      Defendant.

## NOTICE OF FILING PETITION FOR REMOVAL

TO:    The Honorable Raymond Z. Ortiz, First Judicial District Court Judge
         County of Rio Arriba, State of New Mexico

        Defendant, Board of County Commissioners for Rio Arriba County, by and through its undersigned attorneys, hereby gives notice to the First Judicial District, County of Rio Arriba, State of New Mexico that a Notice of Removal of the above-entitled action has been filed in the United States District Court for the District of New Mexico. An endorsed copy of the Notice of Removal is attached hereto.

                                       Respectfully submitted,

                                       YENSON, ALLEN & WOSICK, P.C.

                                       **/s/ Robert W. Becker**
                                       Robert W. Becker
                                       *Attorney for Defendant Rio Arriba*
                                       *County Board of County Commissioners*
                                       4908 Alameda Blvd NE
                                       Albuquerque, NM   87113-1736
                                       (505) 266-3995
                                       rbecker@ylawfirm.com

1



EXHIBIT 6

**I HEREBY CERTIFY** that on the 22nd day of August, 2014, I filed the foregoing electronically through the Odyssey Filing System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Antonio J. Salazar
*Attorney for Plaintiff*
P.O. Box 171
Alcalde, NM   87511-0171
(505) 459-8571
ajsalazarlaw@gmail.com

*/s/ Robert W. Becker*