IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERTA MARTINEZ,

    Plaintiff,

vs.                                        No. 1:14-CV-00761 JCH-KK

BOARD OF COUNTY COMMISSIONERS
FOR RIO ARRIBA COUNTY,

    Defendant.

## PLAINTIFF'S NOTICE REGARDING FEDERAL CLAIM

COMES NOW Plaintiff, Roberta Martinez, by and through her undersigned counsel and hereby informs the Court and counsel that a federal claim is not being pursued in the subject matter of the litigation herein.

Undersigned counsel attaches "Exhibit 1" to this pleading, which is communication reflecting this position to opposing counsel.

                Respectfully submitted,

                SALAZAR LAW OFFICES, P.C.

                */s/ Antonio J. Salazar*
                Antonio J. Salazar
                Attorney for Plaintiff Roberta Martinez
                P.O. Box 171
                Alcalde, NM 87511
                505-747-3977
                aj@ajsalazarlaw.com

I hereby certify that on the 3rd day of December, 2014, I caused the Foregoing pleading to be emailed and mailed via USPS to the following parties:

Robert W. Becker
4908 Alameda Blvd., NE
Albuquerque, NM 87113-1736
505-266-3995
rbecker@ylawfirm.com

_____/S/_____
Antonio J. Salazar

# SALAZAR LAW OFFICES, P.C.
## AJ SALAZAR, Attorney at Law

P.O. Box 171  
Alcalde, New Mexico 87511  
Email: AJSalazarLaw@gmail.com

Phone: (505) 747-3977  
Fax: (505) 471-2366

December 3, 2014

Mr. Robert W. Becker  
4908 Alameda Blvd., NE  
Albuquerque, NM 87113-1736  
505-266-3995  
rbecker@ylawfirm.com

Re: Martinez v. Rio Arriba County; No. 1:14-CV-00761 JCH-KK

Mr. Becker:

Pursuant to the Court's direction during our scheduling conference on November 18, 2014, I am informing you that the Plaintiff is not pursuing a federal cause of action in the above-reference matter.

I will be filing the appropriate notice with the Court and providing you with service.

Sincerely,

AJ SALAZAR, Esq.

Xc: File

# EXHIBIT 1