IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERTA MARTINEZ,

    Plaintiff,

vs.                                         No. 1:14-CV-00761 JCH-KK

BOARD OF COUNTY COMMISSIONERS
FOR RIO ARRIBA COUNTY,

    Defendant.

## ORDER OF REMAND

THIS MATTER having come before the Court on the parties' joint motion to remand the suit to the First Judicial District Court, State of New Mexico, Rio Arriba County [Doc. 20],

IT IS SO ORDERED that the joint motion is **GRANTED** and this case is **REMANDED** to the First Judicial Court, State of New Mexico, County of Rio Arriba. Each party shall bear its own attorney's fees and costs.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

Submitted By:

**/S/ Antonio J. Salazar**
Antonio J. Salazar
*Attorney for Plaintiff*
P.O. Box 171
Alcalde, NM 87511-0171
(505) 459-8571
ajsalazarlaw@gmail.com

YENSON, ALLEN & WOSICK, P.C.

*/s/ Robert W. Becker*
Robert W. Becker
*Attorney for Defendant Rio Arriba*
*County Board of County Commissioners*
4908 Alameda Blvd NE
Albuquerque, NM 87113-1736
(505) 266-3995
rbecker@ylawfirm.com