# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM  88001
(575) 528-1400
Fax (575) 528-1425



**Matthew J. Dykman**
**Clerk of Court**

December 9, 2014

Stephen T. Pacheco, Court Administrator
First Judicial District
P.O. Box 2268
Santa Fe, NM 87504-2268

**Re: Roberta Martinez vs. Board of County Commissioners for Rio Arriba**
**Our case # CV 14-761 JCH/KK; Your case # D-117-CV-2013-00050**

Dear Clerk,

Please find enclosed a certified copy of the Order signed by Judith C. Herrera, United States District Judge, remanding this case to your Court. The original case file, along with a certified copy of the docket sheet is enclosed.

Please acknowledge receipt of these records by returning a copy of this letter to this office.

Sincerely,

MATTHEW J. DYKMAN,   CLERK

enclosures
cc: counsel of record/file